UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESENCIANA PITA,<br><br>      Plaintiff,<br><br> -against-<br><br>MILLION NAILS INC., BLOOMIE NAILS & SPA 21, INC., NAIL TIQUE LIU & XU LLC, BEN XU a/k/a/ XU BEN or BEN TENG, and LUCIA MARTINEZ,<br><br>      Defendants. | Case No: 22-CV-8245<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that (a) the time within which all Defendants may move, answer, or otherwise respond to the Complaint is hereby extended up to and including January 16, 2023 and (b) Defendants waive any objection or defense based on improper service of process of the Complaint in this action.

  There has been no previous request for extension of time in connection with this matter.

Dated: February 11, 2022
   New York, New York

| | |
|---|---|
| /s/ Colin Mulholland | /s/ Joey Tsai |
| Colin Mulholland, Esq. | Joey Tsai |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |
| 30-97 Steinway | 535 Fifth Avenue |
| Suite 301-A | Fourth Floor |
| Astoria, NY 11103 | New York, NY 10017 |