UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
               :
CRESENCIANA PITA,               :
              Plaintiff,   :
               :   22 Civ. 8245 (LGS)
    -against-               :
               :   <u>ORDER</u>
MILLION NAILS INC., et al.,         :
              Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Case Management Plan and Scheduling Order, issued December 6, 2022, requires the parties to file a joint status letter by February 3, 2023.

        WHEREAS, no such letter has been filed.  It is hereby

        **ORDERED** that the parties shall file the required status letter as soon as possible and no later than **February 8, 2023.**

Dated: February 6, 2023
       New York, New York

                                                   LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE