UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRESENCIANA PITA,
                              Plaintiff,

                -against-

MILLION NAILS INC., et al.,
                            Defendants.
------------------------------------------------------------X

22 Civ. 8245 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, paragraph 13(b) of the Amended Case Management Plan and Scheduling Order, issued April 13, 2023, requires the parties to file a joint status letter by May 19, 2023.

       WHEREAS, no such letter has been filed. It is hereby

       **ORDERED** that the parties shall file the required status letter as soon as possible and no later than **May 24, 2023.**

Dated: May 22, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**