UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRESCENCIANA PITA,                              :
                          Plaintiff,         :
                                   :      22 Civ. 8245 (LGS)
           -against-                  :
                                   :            <u>ORDER</u>
                                   :
MILLION NAILS, INC., et al.,                    :
                        Defendants.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Amended Civil Case Management Plan and Scheduling Order, issued April 13, 2023, set a case management conference in this matter for June 7, 2023.

       WHEREAS, on May 24, 2023, the parties filed a joint status letter representing that this case is trial ready. There are currently two cases on the Court's August 2023 trial-ready calendar. It is hereby

       **ORDERED** that the case management conference scheduled for June 7, 2023, is **CANCELLED.** It is further

       **ORDERED** that this action will be placed in third place on the Court's August 2023 trial-ready calendar; the jury trial will begin on **August 9, 2023, at 10:00 A.M.** or the Court's first available date thereafter. It is further

       **ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after August 9, 2023. It is further

       **ORDERED** that in accordance with and as further provided in the Court's Individual Trial Rules and Procedures:

- Any motions in limine shall be filed by **June 13, 2023**. Responses to the motions shall be filed by **June 23, 2023**. No reply shall be filed. The parties shall follow the Court's Individual Trial Rules regarding such motion.

- Joint requests to charge, joint voir dire, joint verdict form and any memorandum of law, as provided in the Court's Individual Trial Rules, shall be filed by **June 30, 2023**.

- The final pretrial order shall be filed **July 7, 2023**.

* * *

The parties are encouraged to:

(1) Contact Courtroom Deputy James Street at (212) 805-4553 closer to the trial date if they wish to know where they stand on this list.

(2) Confer and consent to a trial before a Magistrate Judge (per the attached form) if they wish to have a trial date certain or if they wish a different trial date. If a Magistrate Judge has overseen settlement discussions, the parties may request a different Magistrate Judge (to be randomly selected) as the trial judge.

(3) Confer and advise the Court immediately by joint letter if they would like a referral to a Magistrate Judge or court appointed mediator for a settlement conference. Such referral will not stay the dates in this Order.

The final pretrial conference will be scheduled closer to the trial date.

Dated: May 25, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
                                                                    *District Judge's signature*

                                                                    _____
                                                                    *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.