# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

June 30, 2023

Honorable Lorna G. Schofield  
United States District Judge  
40 Foley Square  
New York, NY 10007

Re: Pita v. Million Nails Inc., et al. - **22-cv-8245** (LGS)

Your Honor,

The parties have a draft of the agreement in circulation for client review. If the Court would so permit, the parties would ask that they be allowed to submit their agreement and Cheeks motion on or before July 21, 2023.

This is the first request for this relief.

Dated: June 30, 2023

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
30-97 Steinway, Ste. 301-A  
Astoria, New York 11103  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

---

Application **GRANTED.** The parties shall file any settlement for judicial approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), by **July 21, 2023.** So Ordered.

Dated: July 5, 2023  
New York, New York

Lorna G. Schofield  
UNITED STATES DISTRICT JUDGE