# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (347) 687-2019
Suite 308　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　cmulhollandesq@gmail.com
Astoria, NY 11106

> **Application GRANTED,** nunc pro tunc.  The parties shall file their *Cheeks* materials by **July 25, 2023**.  So Ordered.
>
> Dated: July 24, 2023
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

Re: Pita v. Million Nails Inc., et al. - **22-cv-8245** (LGS)

Your Honor,

The parties have a final draft that is partially executed.  I am trying to make time for my client to execute and I may not have the executed confessions by tonight.  If the Court would so permit, Plaintiff would respectfully ask until Tuesday July 25th, 2023 to submit the Cheeks motion.

This is the second request for this relief.

Dated: July 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Colin Mulholland, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　Colin Mulholland, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　36-36 33rd Street, Suite 308
　　　　　　　　　　　　　　　　　　　　　　　　Astoria, New York 11106
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (347) 687-2019
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*