UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CRESCENCIANA PITA,
                          Plaintiff,

           -against-                     22 Civ. 8245 (LGS)

MILLION NAILS INC., et al.,                ORDER
                         Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 25, 2023, the parties moved for approval of a proposed settlement.  It is hereby

    **ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorneys' fees is fair and reasonable).  It is further

    **ORDERED** that this action is dismissed in its entirety and with no award of attorneys' fees or costs, beyond the amounts provided for in the parties' settlement.  The action is dismissed without prejudice to restoring the action to the Court's calendar.  Any pending motions are **DISMISSED** as moot, and all conferences and deadlines are **CANCELED**.  The Court agrees to retain jurisdiction to enforce this settlement agreement.  In the event of a breach, the parties may make an application to restore the action to the Court's calendar.

Dated: July 26, 2023
       New York, New York

                                                         **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**